UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CATHERINE OBIOHA, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 22-4059 |
| AIG PROPERTY CASUALTY COMPANY, ET AL. | * | SECTION "A" (2) |

## ORDER AND REASONS

Defendant AIG Property Casualty Company's Motion to Compel (ECF No. 62) is pending before me in this matter. The motion was scheduled for submission on August 7, 2024. As of this date, Plaintiffs have not filed any Opposition Memoranda, and the deadline for same expired on Tuesday, July 30, 2024. *See* E.D. La. L.R. 7.5.

Defendant issued interrogatories and requests for production to Plaintiffs on January 3, 2024. ECF No. 62-1 at 1. Despite repeated requests, no responses have been provided. *Id.* at 2.

Accordingly, having considered the record, the written submission of counsel, the lack of Opposition Memoranda, the applicable law, and finding that the motion has merit,

IT IS ORDERED that the Motion to Compel (ECF No. 62) is GRANTED. This Order reserves to Defendant the right to file an appropriate motion, with supporting documentation, to recover fees and costs in incurred in filing the motion in accordance with FED. R. CIV. P. 37(a)(5).

IT IS FURTHER ORDERED that, within seven (7) days, Plaintiffs must provide full and complete responses to the discovery requests.

New Orleans, Louisiana, this __7th__ day of August, 2024.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE